### GIBSON V. THE STATE.
(Decided February 5, 1914.)

APPEAL from Lawrence County Court.

Heard before Hon. J. C. KUMPE.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—No error.  Affirmed.